UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES LLC., <br><br> Plaintiff, <br><br> v. <br><br> (1) RESEARCH IN MOTION CORP. <br> (2) RESEARCH IN MOTION LTD. <br> (3) SAMSUNG ELECTRONICS CO. LTD. <br> (4) SAMSUNG ELECTRONICS AMERICA, INC. <br> (5) SAMSUNG TELECOMMUNIC-ATIONS AMERICA, LLC. <br> (6) SANYO ELECTRIC CO., LTD. <br> (7) SANYO ELECTRONIC DEVICE (U.S.A.), INC. <br> (8) LG ELECTRONICS, INC. <br> (9) LG ELECTRONICS USA, INC. <br> (10) MOTOROLA, INC. <br> (11) APPLE, INC. <br> (12) PANTECH WIRELESS, INC. <br> (13) INSIGHT ENTERPRISES, INC. <br> (14) AT&T INC. and <br> (15) AT&T MOBILITY LLC. <br><br> Defendants. | CIVIL ACTION NO. 6:10cv74 <br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff SmartPhone Technologies LLC states that it is a Texas limited liability corporation and that a majority of its outstanding shares are owned by Acacia Patent Acquisition, LLC. Acacia Patent Acquisition, LLC is a wholly-owned subsidiary of Acacia Research Corporation, a publicly owned corporation.

Respectfully submitted,

**SMARTPHONE TECHNOLOGIES LLC**

Date: March 3, 2010　　　　　　　　By: *Johnny Ward*
　　　　　　　　　　　　　　　　　　T. John Ward, Jr.
　　　　　　　　　　　　　　　　　　Texas State Bar. No. 00794818
　　　　　　　　　　　　　　　　　　J. Wesley Hill
　　　　　　　　　　　　　　　　　　Texas State Bar. No. 24032294
　　　　　　　　　　　　　　　　　　**WARD & SMITH LAW FIRM**
　　　　　　　　　　　　　　　　　　111 West Tyler St.
　　　　　　　　　　　　　　　　　　Longview, Texas 75601
　　　　　　　　　　　　　　　　　　Tel: (903) 757-6400
　　　　　　　　　　　　　　　　　　Fax: (903) 757-2323
　　　　　　　　　　　　　　　　　　Email: jw@jwfirm.com


　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**
　　　　　　　　　　　　　　　　　　**SmartPhone Technologies, Inc.**

　　　　　　　　　　　　　　　　　　Of counsel:

　　　　　　　　　　　　　　　　　　Paul J. Hayes
　　　　　　　　　　　　　　　　　　Dean G. Bostock
　　　　　　　　　　　　　　　　　　**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02111
　　　　　　　　　　　　　　　　　　Tel: (617) 542-6000
　　　　　　　　　　　　　　　　　　Fax: (617) 542-2241

4851891