September 7, 2010 STATUS CONFERENCE

1:30 pm – Judge Love called each case and parties announced ready for proceedings. (See attached Sign-in Sheet for Attorney Appearances). Court re-called each case and parties announced whether they consented to proceed before him.

Court in recess.

Hearing resumed. Judge Love gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|
| 610cv40 | Innovative Global Systems v Teletrac, Inc., et al | | 8-25-11 | | 5-7-12 |
| 610cv61 | Optimum Power Solutions v Apple, Inc., et al | 6-30-11 | | 2-6-12 | |
| 610cv74 | SmartPhone Technologies v Research in Motion, et al | | 9-8-11 | 3-5-12 | |
| 610cv111 | Parallel Networks LLC v Abercrombie & Fitch, et al | 7-7-11 | | 2-6-12 | |
| 610cv120 | CEATS, Inc. v Continental Airlines | 7-14-11 | | 3-5-12 | |
| 610cv221 | Brooks Instrument, LLC v MKS Instruments, Inc. | 9-8-11 | | 4-2-12 | |
| 610cv223 | Brooks Instrument, LLC MKS Instruments, Inc. | 10-6-11 | | 4-2-12 | |
| 610cv224 | Stragent, LLC v Freescale, et al | | 9-15-11 | 3-5-12 | |
| 610cv239 | Teleconference Systems v AT&T Corp, et al | | 10-6-11 | 4-2-12 | |
| 610cv249 | Sipco, LLC v Control4 Corporation, et al | | 9-29-11 | 4-2-12 | |
| 610cv279 | Illumination Mgt Solutions v Ruud Lighting, Inc. | | 10-13-11 | 5-7-12 | |

2:20 P.M. There being nothing further, Court adjourned.