IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES LLC | § |
| Plaintiff | § § § |
| vs. | § § §   CASE NO. 6:10cv74 |
| | §   PATENT CASE |
| RESEARCH IN MOTION CORPORATION, ET AL. | § § § |
| Defendants | § § |

# ORDER

Comes now the Court and pursuant to the status conference held on September 7, 2010, orders that the following dates be incorporated into the Docket Control Order which is due by September 21, 2010:

| | |
|---|---|
| *Markman* | September 8, 2011 at 9:00 a.m. before Judge John D. Love; |
| Pre-Trial Conference | February 16, 2012 at 9:00 a.m. before Judge John D. Love; |
| Jury Selection | March 5, 2012 at 9:00 a.m. before Judge Leonard Davis; and |
| Jury Trial | March 12, 2012 at 9:00 a.m. before Judge Leonard Davis. |

**So ORDERED and SIGNED this 10th day of September, 2010.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE