## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| SMARTPHONE TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (1)  RESEARCH IN MOTION CORP., | ) | Civil Action No. 6:10-cv-74-LED-JDL |
| (2)  RESEARCH IN MOTION LTD., | ) | |
| (3)  LG ELECTRONICS, INC., | ) | |
| (4)  LG ELECTRONICS USA, INC., | ) | |
| (5)  MOTOROLA MOBILITY, INC., | ) | Jury Trial Demanded |
| (6)  APPLE INC., | ) | |
| (7)  AT&T INC. and | ) | |
| (8)  AT&T MOBILITY LLC, | ) | |
| | ) | |
| Defendants. | ) | Patent Case |
| | ) | |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that Paul, Hastings, Janofsky & Walker LLP, counsel for

Apple Inc., is now known as Paul Hastings LLP.  Paul Hastings LLP is the successor in interest

to Paul, Hastings, Janofsky & Walker LLP.


Dated: July 25, 2011                    Respectfully submitted,


                                        */s/ Jeffrey G. Randall*
                                        Jeffrey G. Randall
                                        Lead Attorney
                                        PAUL HASTINGS LLP
                                        1117 S. California Avenue
                                        Palo Alto, CA  94304-1106
                                        Tel: (650) 320-1850
                                        Fax: (650) 320-1950
                                        jeffrandall@paulhastings.com

Allan M. Soobert
Kim Moore (admitted *pro hac vice*)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1822
Fax: (202) 551-0222
allansoobert@paulhastings.com

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
Tel: (903) 757-8449
Fax: (903) 758-7397
ema@emafirm.com

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 25th day of July, 2011.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Jeffrey G. Randall*
Jeffrey G. Randall