UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES, LLC,<br>        Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION CORP., *et al.*,<br>        Defendants. | ) <br> ) <br> ) Case No.: 6:10-cv-00074-LED <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## JOINT NOTICE OF INTENT
## TO FILE REVISED SCHEDULING ORDER

On August 5, 2011, pursuant to a Joint Motion of the parties, the Court stayed all deadlines in this case to facilitate the parties' efforts to settle this dispute. *See* Dkt. No. 300. In the Order, the Court instructed the parties to notify the court regarding a revised case schedule, if the case did not settle by September 15, 2011. *Id.* On September 19, 2011, the parties submitted a Joint Notice of Intent to File Revised Scheduling Order wherein the parties notified the Court of their intent to submit a revised schedule on or before Friday, September 23, 2011. Since that time, the parties have been in regular correspondence and have reached agreement on the following dates: *Markman* hearing #1[1] on December 15, 2011; *Markman* hearing #2[2] on March 6, 2012; and a mutually agreeable trial date in or after September 2012. Despite their efforts, the parties and their respective counsel need additional time to finalize and approve a completed schedule, including an acceptable trial

---

[1] This hearing will address the patents-in-suit that are *not* also asserted in the pending case *SmartPhone Technologies, LLC v. HTC Corp., et al.* (6:10-cv-00580)
[2] This hearing will address the patents-in-suit that are also asserted in the pending case *SmartPhone Technologies, LLC v. HTC Corp., et al.*

2

date.  The parties are submitting this notice to inform the court of their intent to file a revised schedule on or before Friday, September 30, 2011.

Dated:  September 23, 2011

/s/ Dean Bostock (with permission Wesley Hill)
Paul J. Hayes
Dean G. Bostock
**HAYES, BOSTOCK & CRONIN LLC**
300 Brickstone Square, 9th Floor
Andover, MA  01810
Tel:  (978) 809-3850
Fax:  (978) 809-3869
Email:  phayes@hbcllc.com
Email:  dbostock@hbcllc.com

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas  75601
Tel:  (903) 757-6400
Fax:  (903) 757-2323
Email:  jw@jwfirm.com
Email:  wh@jwfirm.com

**ATTORNEYS FOR PLAINTIFF SMARTPHONE TECHNOLOGIES, INC.**

**/s/ Alex Hanna**
Winstol D. Carter, Jr.
State Bar No. 03932950
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Telephone: 713.890.5000
Facsimile: 713.890.5001
wcarter@morganlewis.com

Collin W. Park
Admitted *Pro Hac Vice*
Alex Hanna
Admitted *Pro Hac Vice*
cpark@morganlewis.com
ahanna@morganlewis.com

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS USA, INC.**

| | |
|---|---|
| /s/ Bryant C. Boren, Jr. | /s/ Jeffrey G. Randall |
| BAKER BOTTS L.L.P. | Jeffrey G. Randall |
| Bryant C. Boren, Jr. | Lead Attorney |
| Lead Attorney | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| State of Texas Bar No. 02664100 | 1117 S. California Avenue |
| Christopher W. Kennerly | Palo Alto, CA  94304-1106 |
| State of Texas Bar No. 00795077 | Telephone:  650.320.1850 |
| Kevin E. Cadwell | Facsimile:  650.320-1950 |
| State of Texas Bar No. 24036304 | jeffrandall@paulhastings.com |
| 610 Hansen Way | |
| Palo Alto, CA  94304 | Allan M. Soobert |
| Telephone:  650.739.7501 | Kim C. Moore |
| Facsimile:  650.739.7601 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| Bryant.c.boren@bakerbotts.com | 875 15th Street, N.W. |
| Chris.kennerly@bakerbotts.com | Washington, DC  2005 |
| Kevin.cadwell@bakerbotts.com | Telephone:  202.551.1822 |
| | Facsimile:  202.551.0222 |
| BAKER BOTTS L.L.P. | allansoobert@paulhastings.com |
| Jeffery Baxter | kimmoore@paulhastings.com |
| State of Texas Bar No. 24006816 | |
| 2011 Ross Avenue | Eric M. Allbritton |
| Dallas, TX  75201 | Texas State Bar No. 00790215 |
| Telephone:  214.953.6500 | ALBRITTON LAW FIRM |
| Facsimile:  214.953.6503 | P.O. Box 2649 |
| Jeff.baxter@bakerbotts.com | Longview, TX  75606 |
| | Telephone: 903.757.8449 |
| | Facsimile:  903.758.7397 |
| **ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC** | ema@emafirm.com |
| | **ATTORNEYS FOR DEFENDANT APPLE INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with the Local Rule CV-5 on September 23, 2011.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/     Jeffrey Randall