IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |  |
|---|---|---|
| SMARTPHONE TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. |
| RESEARCH IN MOTION CORP., et al., | ) ) | 6:10-cv-0074-LED-JDL |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' OBJECTIONS TO AND MOTION FOR RECONSIDERATION OF THE AMENDED MEMORANDUM OPINION AND ORDER REGARDING CLAIM CONSTRUCTION (D.I. 402)**

Defendants Apple Inc. and AT&T Mobility LLC respectfully submit this Notice of Plaintiff's Non-Opposition to Defendants' Objections to and Motion for Reconsideration of the Amended Memorandum Opinion and Order Regarding Claim Construction (D.I. 402) (hereinafter "Motion for Reconsideration"). *See* D.I. 413. Defendants filed the Motion for Reconsideration on August 20, 2012. Pursuant to Local Rules 6 & 7, Plaintiff's response was due on September 6, 2012. Plaintiff has failed to file a response in this matter.[1]

For the reasons set forth in the Joint Claim Construction and Prehearing Statement, Defendants' Responsive *Markman* Brief, the *Markman* hearing, and in Defendants' Motion for Reconsideration (D.I. 413), Defendants respectfully request that the Court grant Defendants' Motion for Reconsideration.

---

[1] Plaintiff filed a response to HTC's Motion for Reconsideration of the Court's Claim Construction Order in related Civil Action No. 6:10-cv-580-LED-JDL.

Dated: September 10, 2012        Respectfully submitted,

        */s/     Jeffrey G. Randall*
Jeffrey G. Randall
Lead Attorney
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Tel: (650) 320-1850
Fax: (650) 320-1950
jeffrandall@paulhastings.com

Allan M. Soobert
Kim Moore
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1822
Fax: (202) 551-0222
allansoobert@paulhastings.com
kimmoore@paulhastings.com

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
Tel: (903) 757-8449
Fax: (903) 758-7397
ema@emafirm.com

*Attorneys for Defendant Apple Inc.*

*/s/ Bryant C. Boren, Jr.*
BAKER BOTTS L.L.P.
Bryant C. Boren, Jr.,
Lead Attorney
State of Texas Bar No. 02664100
Christopher W. Kennerly
State of Texas Bar No. 00795077
Kevin E. Cadwell
State of Texas Bar No. 24036304
620 Hansen Way
Palo Alto, California 94304
Tel: (650) 739-7501
Fax: (650) 739-7601
bryant.c.boren@bakerbotts.com
chris.kennerly@bakerbotts.com
kevin.cadwell@bakerbotts.com

BAKER BOTTS L.L.P.
Jeffrey Baxter
State of Texas Bar No. 24006816
2001 Ross Avenue
Dallas, TX 75201
Tel: (214) 953-6500
Fax: (214) 953-6503
jeff.baxter@bakerbotts.com

*Attorneys for Defendant AT&T Mobility LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 10th day of September, 2012.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                          */s/ Jeffrey G. Randall*
                                          Jeffrey G. Randall