# CASE NO. 6:10cv74

# SMARTPHONE TECHNOLOGIES LLC
# V
# LG ELECTRONICS, INC. , ET AL

# 4/1/13 - JURY SELECTION

# PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jennifer Ainsworth | LG Electronics Ds |
| Winn Carter | " |
| James Glenn | " |
| Collin Park | " |
| Johnny Ward | Smartphone |
| Claire Henry | " |
| Paul Hayes | " |
| Justin Hayes | " |
| Wes Hill | " |
| Matt Vella | Corp. rep for Smartphone |
| | |
| | |
| | |
| | |
| | |